**FINANCIAL AFFIDAVIT**

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE

USA V.S. Carli Holland

FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1 X Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 04-848-MBB
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check) x Felony  ☐ Misdemeanor
18.1513

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: 5/04
How much did you earn per month? $ 1,600
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $1,000   SOURCES: severance pay

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 200-300

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE | DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:
| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Arcadia Financial LTD | $ | $ 184.00 |
| Premier Ins. | $ | $ 450.00 |
| Verizon Cell phone | $ | $ 50.00 |

Total Debt: $684 ≈ per month

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7-2-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Carli Holland