```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
                                          04CR 10229 MLW
                                )   VIOLATIONS:
UNITED STATES OF AMERICA        )
                                )
                                )   18 U.S.C. § 1513(b) -
        v.                      )   Witness Retaliation
                                )
CARLI HOLLAND,                  )
        Defendant.              )
```

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 1513(b) - Retaliation Against Witness and Informant)

The Grand Jury charges that:

On or about June 30, 2004, at Boston, in the District of Massachusetts,

**CARLI HOLLAND,**

the defendant herein, did knowingly and intentionally threaten to cause bodily injury to Lee Ann Bridge, such conduct being taken with the intent of retaliating against Bridge for: (i) Bridge's attendance at an official proceeding and testimony given by Bridge in such a proceeding; and (ii) information given by Bridge to a law enforcement officer relating to the commission or possible commission of a Federal offense.

The grand jury further charges that the threats against Bridge were made in order to obstruct the administration of justice.

All in violation of Title 18, United States Code, Section 1513(b).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. WORTMANN, JR.
CYNTHIA LIE
ASSISTANT U.S. ATTORNEYS


DISTRICT OF MASSACHUSETTS                August 4, 2004.


    Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
8/4 12/28 pm