

**U.S. Department of Justice**

*FILED IN CLERKS OFFICE*

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*2004 OCT 18 P 2: 14*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

October 18, 2004

<u>**VIA FAX and FIRST CLASS MAIL**</u>

**Walter H. Underhill**
Law Office of Walter H. Underhill
66 Long Wharf
4th Floor
Boston, MA 02110
617-523-5858
617-523-7834 (fax)

          <u>Re: United States v. Carli Holland, 04-CR-10229 (MLW)</u>

Dear Mr. Underhill:

      Enclosed is additional discovery, Bates numbers 17 - 29,
some of which the government believes may not be discoverable at
this time but is produced in an overabundance of caution.  The
documents include the RMV photos shown to CSO Gillespie in which
he identified Carli Holland and Alysha Moran, Bates numbers 23
and 29 respectively; the identification is described in the DEA
Report of the Interview of CSO John Gillespie which you have
already received.

      Also, enclosed are the notes of TFA John Bossi, Bates
numbers 24-26, and the note of CSO O'Meara, Bates #27, and CSO
Incident Report of Gillespie, Bates #28.  Also enclosed is the
Saugus Police Department Arrest Report of Bridge and CW#1, Bates
numbers 17-22.  Pursuant to Local Rule 116.6(A), the government
declines and objects to identifying CW#1 and CW#2 at this time in
order to protect the safety of these witnesses, as it would be
detrimental to the interests of justice to currently make these
identity disclosures.  The government is prepared to identify the
CWs at a reasonable time before trial.

      Please call me at 617-748-3183 if you have any questions

Page 2

regarding discovery or any other matter.

                         Very truly yours,

                         MICHAEL J. SULLIVAN
                         United States Attorney

            By:          _____
                         CYNTHIA W. LIE
                         Assistant U.S. Attorney


Enclosures

cc:  Dianalynn Saccoccio
     Clerk to the Honorable Magistrate Marianne B. Bowler
     (w/o enclosures)