UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | Criminal No. 1:04-cr-10229-MLW-ALL |
|---|---|---|
| | ) | |
| V. | ) | |
| | ) | |
| CARLI HOLLAND | ) | |

## MOTION TO CONTINUE STATUS HEARING

Now Comes the defendant, Carli Holland, and moves that this Honorable Court continue her status hearing from November 30, 2004 until December 17, 2004.

In support of this motion the defendant states that his attorney had a personal matter to attend to. This motion is assented to by AUSA Cynthia Lee.

The defendant,
CARLI HOLLAND
By her attorney,

Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th Floor
Tel. # 617-523-5858
B.B.O. # 506300

## EXCLUDABLE TIME

The defendant hereby agrees that the time from November 30, 2004 until December 17, 2004 is excluded under the Speedy Trial Act.

## CERTIFICATE OF SERVICE

I, Walter H. Underhill, Esquire, hereby certify that I have served a copy of this pleading upon the United States Attorney's Office by facsimile on December 2, 2004.

SIGNED: _____

DATE: 12/2/04

## RULE 7.1 CERTIFICATION

The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government, Cynthia Lee, Esquire.

SIGNED: _[signature]_

DATE: _12/2/04_