UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>       v.                   )<br>                            )<br> CARLI HOLLAND              )<br>                            )<br>       Defendant.           ) | Criminal No. 04-CR-10229 (MLW) |

**ASSENTED TO MOTION FOR AN ORDER OF EXCLUDABLE DELAY**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from the date of the interim status conference dated December 17, 2004, to the next status conference on January 11, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

The defense counsel, Walter Underhill, assented to this motion in open court today.

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Cynthia W. Lie
                              CYNTHIA W. LIE
                              Assistant U.S. Attorney
                              United States Courthouse
                              Suite 9200
                              Boston, MA 02210
                              (617) 748-3183

Dated: December 17, 2004