UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 1:04-cr-10229-MLW-ALL |
| ) | |
| ) | |
| V. ) | |
| ) | |
| ) | |
| CARLI HOLLAND ) | |

MOTION TO CONTINUE STATUS HEARING

Now Comes the defendant, Carli Holland, and moves that this Honorable Court continue her status hearing from January 11, 2005 until February 8, 2005.

In support of this motion the defendant states that this motion is assented to by AUSA John Wortman.

The defendant,
CARLI HOLLAND
By her attorney

*/s/ Walter H. Underhill*
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

EXCLUDABLE TIME

The defendant stipulates that the time from September 7, 2004 to November 1, 2004 and from January 11, 2005 to February 8, 2005 be excluded under the Speedy Trial Act.

CERTIFICATE OF SERVICE

I, Walter H. Underhill, Esquire, hereby certify that I have served a copy of this pleading upon the United States Attorney's Office by facsimile on December 2, 2004.

SIGNED: */s/ Walter H. Underhill*

DATE: 1/11/05

## RULE 7.1 CERTIFICATION

The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government, John Wortman, Esquire.

SIGNED: _[signature]_

DATE: _1/11/05_