UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | ) CRIMINAL NO. 04-CR-10229-MLW <br> ) |
| **CARLI HOLLAND** | ) <br> ) |

## ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from the originally set date for a status conference of January 11, 2005 to February 8, 2005, the date of the new status conference.  This motion also requests that the time period between September 7, 2004, to November 1, 2004 also be excluded, pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)), as a motion as to this time period was inadvertently not filed.  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, assented to this request.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                     By: */s/ Cynthia W. Lie*
                                              CYNTHIA W. LIE
                                              Assistant U.S. Attorney

Dated:  January 19, 2005