UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS | ) INDICTMENT NO. 04-10260MLW |
| | ) |
| CARLI HOLLAND | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT CARLI HOLLAND
## MOTION TO CONTINUE STATUS DATE

The Defendant Carli Holland (the "Defendant"), in the above-numbered Indictment and through Counsel, moves this Court to continue the status date of this matter currently scheduled for February 8, 2005 to March 22, 2005 at 2:30 PM.

Assistant United States Attorney, Cynthia Lie, has been notified of this motion.

    Respectfully submitted,
    CARLI HOLLAND,
    Defendant,
    By Counsel:


    '/s/Walter H. Underhill, Esquire'
    WALTER H. UNDERHILL
    66 Long Wharf
    Boston, Massachusetts  02109
    (617) 523-5858

DATED: February 8, 2005

## WAIVER OF SPEEDY TRIAL

The defendant stipulates that the time between February 8, 2005 and March 2, 2005 is excludable time under the Speedy Trial Act.

SIGNED:        '/s/Walter H. Underhill, Esquire'_____

DATE:                    February 8, 2005_____

## RULE 7.1 CERTIFICATION

The parties have conferred on this motion and the Government assents to this motion.

SIGNED:        '/s/Walter H. Underhill, Esquire'_____

DATE:                    February 8, 2005_____