UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )   <br> ) <br> VS                    )   INDICTMENT NO. 04-10260MLW <br> ) <br> CARLI HOLLAND              ) <br> ) <br> Defendant.              ) | |

### DEFENDANT CARLI HOLLAND
### MOTION TO CONTINUE STATUS DATE

The Defendant Carli Holland (the "Defendant"), in the above-numbered Indictment and through Counsel, moves this Court to continue the status date of this matter currently scheduled for February 8, 2005 to March 2, 2005 at 2:30 PM.

Assistant United States Attorney, Cynthia Lie, has been notified of this motion.

        Respectfully submitted,
        CARLI HOLLAND,
        Defendant,
        By Counsel:


        '/s/Walter H. Underhill, Esquire'
        WALTER H. UNDERHILL
        66 Long Wharf
        Boston, Massachusetts   02109
        (617) 523-5858

DATED: February 8, 2005

WAIVER OF SPEEDY TRIAL

The defendant stipulates that the time between February 8, 2005 and March 2, 2005 is excludable time under the Speedy Trial Act.

SIGNED:     '/s/Walter H. Underhill, Esquire'_____

DATE:             _____February 8, 2005_____

RULE 7.1 CERTIFICATION

The parties have conferred on this motion and the Government assents to this motion.

SIGNED:     '/s/Walter H. Underhill, Esquire'_____

DATE:             _____February 8, 2005_____