UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 1:04-cr-10229-MLW-ALL |
| ) | |
| V. ) | |
| ) | |
| CARLI HOLLAND ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO CONTINUE DATE FOR FILING DISPOSITIVE MOTIONS AND TO SET CASE DOWN FOR FINAL STATUS CONFERENCE**

The Defendant Carli Holland (the "Defendant"), in the above-numbered Indictment and through Counsel, moves this Court to continue the date for filing of dispositive motions to April 29, 2005. In support of this motion the defendant's counsel states that the deadline for March 23, 2005 was misdiaried. The defendant also requests that this Honorable Court set this case down for a final status hearing after the requested new dispositve filing date of April 29, 2005.

Assistant United States Attorney, Cynthia Lie, has been notified of this motion.

Respectfully submitted,
CARLI HOLLAND,
Defendant,
By Counsel:


'/s/Walter H. Underhill, Esquire'
WALTER H. UNDERHILL
66 Long Wharf

                                                Boston, Massachusetts   02109
                                                (617) 523-5858

DATED: April 21, 2005


## WAIVER OF SPEEDY TRIAL

The defendant stipulates that the time between March 2, 2005 and the date set by the court for a final status hearing is excludable time under the Speedy Trial Act..

SIGNED:      '/s/Walter H. Underhill, Esquire'_____

DATE:          _____April 21, 2005_____


SIGNED:      '/s/Walter H. Underhill, Esquire'_____

DATE:          _____April 21, 2005_____