UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10229-MLW |
| | ) | |
| **CARLI HOLLAND** | ) | |
| | ) | |

## ASSENTED TO MOTION FOR CONTINUANCE

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and hereby moves for an eleven (11) day continuance to file an opposition to defendant's Motion to Suppress Statements.  Defense attorney Walter H. Underhill has assented to this continuance via phone message on May 11th.  The reason for this request is that the defendant's motion was filed on April 28, 2005, and the undersigned government attorney was out of the country at that time and did not return to the office until May 9th.  Therefore, the government respectfully requests a continuance until May 23, 2005 to file its opposition.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

      By: */s/ Cynthia W. Lie*
        CYNTHIA W. LIE
        Assistant U.S. Attorney

Dated:  May 12, 2005