# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10229-MLW

UNITED STATES OF AMERICA

v.

CARLI HOLLAND

## *FINAL STATUS REPORT*

May 17, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with retaliation against a witness and informant, was returned on August 4, 2004;

    2. The defendant was arraigned on the Indictment on September 7, 2004;

    3. The defendant is not in custody on the charges;

4.  At the time of arraignment, the attorney for the government estimated that the government would call approximately ten witnesses and that the trial would last approximately one week;

5.  Defense counsel has indicated that the case will be resolved by way of trial;

6.  As of the date of this Final Status Report, time has been excluded through May 17, 2005;

7.  This case is hereby returned to the district judge to whom this case is assigned.

    /s/   Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge