## AFFIDAVIT OF JOHN GILLESPIE

I, **CSO JOHN GILLESPIE**, hereby depose and state as follows:

1.    I am employed as a Court Security Officer (CSO) with MVM Security, a contractor for court security for the United States District Court (USDC). I am a duly deputized officer of the Court. I have been working as a CSO at USDC since March 31, 2004. Prior to that I worked as a security guard at the Tip O'Neil Building since November 2002. I was a Patrolman with the Everett Police Department from November 1966 to July 7, 1999.

2.    On June 30, 2004, at approximately 10:15 a.m., I was working outdoor security at USDC when Lead CSO Jack Brosnahan ordered me to get information from the two women seated at the bench on the right hand side of the courthouse rotunda after entering the two sets of doorways to the courthouse. I was not informed as to why I was taking their information. I told the two women I needed to get their information but that I did not know why. I asked them if they could not get into the Courthouse. They stated that they had done something that they knew they should not have and asked whether they were in trouble and whether they could apologize to someone. I answered that I did not know what they were talking about. In sum and substance, they said they were upstairs in the Court and had words with people up there. I then wrote down their identifying information and learned that their names were Carli Holland and Alysha Moran. During this period, no other officers assisted me

1

in talking with the two women.  When I finished taking their
information, I saw CSO Brosnahan and told him I took the
information and he told them they could leave.  The process of
obtaining identifying information took no more than five (5)
minutes.

_____
CSO JOHN GILLESPIE

Dated: May 19, 2005