```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
          v.                )     Cr. No. 04-10229-MLW
                            )
CARLI HOLLAND               )
```

## ORDER

WOLF, D.J.                                              June 27, 2005

A conference to schedule a hearing on defendant Carli Holland's Motion to Suppress shall be held on August 12, 2005, at 3:30 p.m.

```
                                    /S/ MARK L. WOLF
                                   UNITED STATES DISTRICT JUDGE
```

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Cr. No. 04-10229-MLW
                              )
CARLI HOLLAND                 )
```

## ORDER

WOLF, D.J.                                              June 27, 2005

A conference to schedule a hearing on defendant Carli Holland's Motion to Suppress shall be held on August 12, 2005, at 3:30 p.m.

```
                                    /S/ MARK L. WOLF
                                   UNITED STATES DISTRICT JUDGE
```