UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                   **CRIMINAL CASE**

                                                    **NO. 04-10229-MLW**
                    V.

**CARLI HOLLAND**
            Defendant(s)

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **SCHEDULING CONFERENCE** originally scheduled for **August 12, 2005** at **3:30 P.M.** before Judge **Wolf**, has been CANCELLED.

                                                    SARAH A. THORNTON
                                                    CLERK OF COURT

**August 9, 2005**                        By:   /s/ Dennis O'Leary
    Date                                              Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                            [ntchrgcnf.]
                                                    [kntchrgcnf.]