UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                                   **CRIMINAL CASE**

                                                                    **NO. 04-10229-MLW**
            V.

**CARRI HOLLAND**
            Defendant(s)

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a SCHEDULING CONFERENCE on the defendant's motion to suppress on **NOVEMBER 22, 2005** at 2:30 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

                                                    SARAH A. THORNTON
                                                    CLERK OF COURT

**November 7, 2005**                       By:   **/s/ Dennis O'Leary**
            Date                                  **Deputy Clerk**

**Notice to:**
(05-10081 crim-notice.wpd - 7/99)                           [ntchrgcnf.]
                                                            [kntchrgcnf.]