UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10229

| United States of America | Carli Holland |
| PLAINTIFF | DEFENDANT |

| Cynthia Lie | Walter Underhill |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Scheduling Conference |
|---|---|
| 11/22/05 | |
| | |