```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
     v.                     )   C.R. No. 04-10229-MLW
                            )
CARLI HOLLAND               )
     Defendant.             )
```

ORDER

WOLF, D.J.                                        November 22, 2005

For the reasons described in court on November 22, 2005, it is hereby ORDERED that:

1. The defendant shall, by November 30, 2005, file an affidavit in support of her Motion to Suppress.

2. Defense counsel shall, by November 30, 2005, inform the government and the court whether he has been relieved of his obligation to appear in state court during the week of December 5, 2005.

3. The government shall, by November 30, 2005, disclose any material exculpatory or impeaching evidence relating to the motion to suppress.

4. By agreement of the parties, the parties shall, by November 30, 2005, disclose witness statements relating to the motion to suppress.

5. An evidentiary hearing on the defendant's Motion to

Suppress shall be held on December 7, 2005, at 9:30 a.m.


                                                              <u>MARK L. WOLF</u>
                                                              UNITED STATES DISTRICT JUDGE