UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:04-cr-10229-MLW-ALL |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| CARLI HOLLAND | ) | |
| | ) | |
| Defendant | ) | |

AFFIDAVIT OF CARLI HOLLAND IN SUPPORT OF
MOTION TO SUPPRESS STATEMENTS

I, Carli Holland, the defendant in the above entitled case do state under the pains and penalties of perjury that the following is true and accurate to the best of my knowledge and belief:

On June 30, 2004 I was present in the United States District Court attending a hearing in the case of United States v. Bryan Moran, et al , Criminal No. 02-10136(REK). After leaving the hearing with Bryan Moran's sister, Alysha Moran, we entered the elevators and went to the first floor. Upon reaching the first floor we exited the elevators and we headed towards the courthouse front doors to leave the courthouse. We approached the doors, went through the first set of double doors and as we approached the next set of doors, and before we went through those doors, a courthouse security person ordered us to stop, reenter the building and wait over by the metal detectors. At that location I recall more than one officer present in that vicinity at the time of my questioning.

After several minutes one of the officers approached Alysha and me and asked us what happened. I told the officer that Lee Anne Bridge and I had words outside the courtroom. He said to me, in words and substance, that such conduct was unacceptable in federal courthouses. At that time I responded that I was sorry and asked if there was anyone I could apologize to. He then asked Alysha and I for our personal information which we provided to him and we were then allowed to leave the courthouse. I did not believe that I was free to leave the courthouse unless and until I was told to so by the security officer.

At no time was I provided with what I understand to be Miranda warnings before providing this officer with this information; my right to remain silent, that anything that I said would be used against me in a court of law, that I had the right to a lawyer and that if I could not afford one a lawyer would be provided for me.

SIGNED:    _Carli Holland_____
CARLI HOLLAND
UNDER THE PAINS AND PENALTIES OF PERJURY

DATE:    11/29/05_____

WITNESS:    _____
WALTER UNDERHILL – ATTORNEY FOR THE DEFENDANT