UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:04-cr-10229-MLW-ALL |
| | ) | |
| V. | ) | |
| | ) | |
| CARLI HOLLAND | ) | |
| Defendant | ) | |

### NOTICE TO COURT AND PARTIES THAT COUNSEL IS AVAILABLE FOR DECEMBER 7, 2005 HEARING ON MOTION TO SUPPRESS

Counsel for the defendant hereby notifies the Court and the Government that he has been relieved of his state court obligations and is available to appear on December 7, 2005 for the defendant's motion to suppress.

The defendant,
CARLI HOLLAND
By her attorney,

/ s / Walter H. Underhill____
Walter H. Underhill, Esquire
66 Long Wharf
Boston, MA
02110
Tel.# (617) 523-5858
BBO # 506300