## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10229

United States of America          Carli Holland
      PLAINTIFF                DEFENDANT

Cynthia Lie          Walter Underhill

 

 

COUNSEL FOR PLAINTIFF          COUNSEL FOR DEFENDANT

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

### CLERK'S NOTES

| DATES: | Suppression Hearing |
|--------|---------------------|
| 12/7/05 | Court goes over preliminary matters with the parties.  Government calls CSO William O'Meara- witness takes |
| | the stand and is sworn.  Government calls Jack Brosnahan - witness takes the stand and is sworn.  Government |
| | calls John Gillespie - witness takes the stand and is sworn.  Affidavit of John Gillespie marked as exhibit A |
| | for id only.  Affidavit of John Gillespie w/markings by defense counsel marked as exhibit B for id only.  CSO |
| | incident report dated 6/30/04 marked as exhibit c for id only.  Exhibit A marked as exhibit 1 and admitted into |
| | evidence.  Exhibit B marked as exhibit 2 and admitted into evidence.  Exhibit C marked as exhibit 3 and admitted |
| | into evidence. Government rests. Defense counsel calls Carli Holland - defendant takes the stand and is sworn. |
| | Defendant's affidavit (docket no 29) marked as exhibit 4 and admitted into evidence.  Defendant rests. |
| | Court listens to oral arguments.  Court takes a recess.  Court resumes and issues its decision from the bench. |
| | Court denies the defendant's motion to suppress. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |