UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) NO. 1:04-cr-10229-MLW-ALL |
| | ) |
| V. | ) |
| | ) |
| CARLI HOLLAND | ) |
| Defendant. | ) |

STATUS REPORT OF THE PARTIES

    Now comes the defendant's counsel, Walter H. Underhill, Esquire, and pursuant to the order of the Court, hereby files this status report on behalf of the parties.

    As of this time the parties have conferred and are diligently in the process of attempting to create a plea agreement that is acceptable to the defendant and the government. This agreement, however, has not been finalized. Therefore, as of this time, the parties must report that a trial still remains necessary. It is the understanding of the parties that final government approval or disapproval of the proposed plea agreement is not likely to be completed for approximately ten days from today.

STATUS OF THE DEFENDANT

    As of this time the defendant is pregnant and expected to deliver her child on or about January 24, 2006. The defendant has informed defense counsel that she intends to breast feed her child and her physician has informed her that she should not be separated from the child for any significant length of time for at least six weeks after the birth of the child.

Respectfully submitted,

'/s/Walter H. Underhill, Esquire'
WALTER H. UNDERHILL
66 Long Wharf
Boston, Massachusetts  02109
(617) 523-5858

1

DATED: January 11, 2006