UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| v. | ) CRIMINAL NO. 04-CR-10229-MLW |
|  | ) |
| **CARLI HOLLAND** | ) |
|  | ) |

## JOINT STATUS REPORT

The parties hereby make this report on the above-referenced matter.  The parties have been actively discussing and proposing terms for a plea agreement and hope to resolve this matter without a trial.  Moreover, the undersigned defense attorney reports that the defendant has just given birth approximately one and a half weeks ago and will need another eight weeks to safely proceed to trial if that becomes necessary.  The parties jointly request a further status report date approximately four weeks from today.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                 By: */s/ Cynthia W. Lie*
                                         CYNTHIA W. LIE
                                         Assistant U.S. Attorney

Dated:  February 10, 2006

By: */s/ Walter H. Underhill*
Law Office of Walter H. Underhill
66 Long Wharf
4th Floor
Boston, MA 02110

Dated:  February 10, 2006