UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) NO. 1:04-cr-10229-MLW-ALL |
| | ) |
| V. | ) |
| | ) |
| CARLI HOLLAND | ) |
| | ) |
| Defendant. | ) |

STATUS REPORT OF THE PARTIES

Now comes the defendant's counsel, Walter H. Underhill, Esquire, and pursuant to the order of the Court, hereby files this status report on behalf of the parties. The defendant respectfully apologizes for the parties' oversight in filing this report late.

As of this time the AUSA in charge of the prosecution of this case, Cynthia Lie, has left the United States Attorney's Office. Prior to her departure the parties conferred and worked out a plea acceptable to the defendant, however, that proposal was rejected by AUSA Lie's supervisors. Defense counsel has received a call from AUSA John Wortman , predecessor AUSA in this matter to reopen plea negotiations. The parties ask for twenty days to accomplish this before scheduling trial.

STATUS OF THE DEFENDANT

As of this time the defendant has had her child and is about to begin working two days per week.

        Respectfully submitted,

        <u>'/s/Walter H. Underhill, Esquire'</u>
        WALTER H. UNDERHILL
        66 Long Wharf
        Boston, Massachusetts   02109
        (617) 523-5858

DATED: April 24, 2006