UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                                        )
UNITED STATES OF AMERICA                )
                                        )
         v.                             ) CRIMINAL NO. 04-10229-MLW
                                        )
CARLI HOLLAND                           )
                                        )

## JOINT STATUS MEMORANDUM OF PARTIES

   The United States of America, by Assistant U.S. Attorney James F. Lang, and the defendant Carli Holland, by counsel Walter Underhill, Esq., submit this joint memorandum pursuant to the Court's order of June 12, 2006.

   The parties advise that since the last status report, Assistant United States Attorney ("AUSA") John Wortmann, on behalf of the United States, has engaged in continuing plea discussions with defense counsel, Attorney Underhill.  Those discussions have been hampered of late by the vacation schedules of counsel, in that AUSA Wortmann was on vacation from June 7, 2006 until June 19, 2006 and Attorney Underhill is presently on vacation and will remain so until the third week of July, 2006. Nevertheless, it is the judgment of the parties at this juncture that the case is likely to be resolved by a guilty plea without the necessity of a trial.

    Some additional time after Attorney Underhill returns from his vacation will be necessary to complete the plea

negotiations.[1]  Accordingly, the parties request until August 14, 2006 to submit another status report, and they agree to the exclusion of the time from today until August 14, 2006 from computation of the time within which the case must be tried under the Speedy Trial Act.  If the parties are unable to conclude the plea negotiations by that time and report to the Court that they are prepared for the scheduling of a change of plea hearing, they expect that the Court will set a date for trial.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                               By:   /s/James Lang
                                                  James Lang
                                                  Assistant U.S. Attorney


                                                  CARLI HOLLAND
                                                  Defendant

                               By:   /s/ Walter Underhill
                                                  Walter Underhill, Esq.
                                                  Counsel for Carli Holland

DATE: June 19, 2006

---

[1] It is expected that AUSA James Lang will represent the United States in the further plea negotiations that are anticipated, and he will file an appearance in the case on this date.