AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

**APPEARANCE**

Case Number: 04-10229-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 19, 2006 | /s/ James Lang |
| Date | Signature |
| | James Lang |
| | Print Name / Bar Number |
| | United States Attorney's Office, One Courthouse |
| | Address |
| | Boston    MA    02210 |
| | City    State    Zip Code |
| | 617-748-3175    617-748-3954 |
| | Phone Number    Fax Number |