UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                          |   |                           |
|--------------------------|---|---------------------------|
| UNITED STATES OF AMERICA | ) |                           |
|                          | ) |                           |
| v.                       | ) | CRIMINAL NO. 04-10229-MLW |
|                          | ) |                           |
| CARLI HOLLAND            | ) |                           |
|                          | ) |                           |

## JOINT STATUS MEMORANDUM OF PARTIES

The United States of America, by Assistant U.S. Attorney
James F. Lang, and the defendant Carli Holland, by counsel Walter
Underhill, Esq., submit this joint memorandum pursuant to the
Court's order.

The parties advise that they have agreed in principal to the
terms of a plea agreement, which agreement is under review within
the U.S Attorney's Office (i.e., awaiting supervisory approval or
rejection).  The parties request an additional three weeks within
which to finalize the agreement.  If the parties are unable to
report to the Court at the conclusion of that time that they have
a plea agreement and are prepared to proceed to a change of plea
hearing, they expect to request that the Court set a trial date
instead.  Accordingly, the parties request until September 5,
2006 to submit a follow-up status report, and they agree to the
exclusion of the time from this date until September 5, 2006 from
computation of the time within which the case must

be tried under the Speedy Trial Act.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:   /s/James Lang
       James Lang
       Assistant U.S. Attorney


       CARLI HOLLAND
       Defendant

By:   /s/ Walter Underhill
       Walter Underhill, Esq.
       Counsel for Carli Holland

DATE: August 14, 2006