UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                            ) CRIMINAL NO. 04-10229-MLW
        v.                  ) VIOLATION:
                            ) 18 U.S.C. § 1512(d)--
CARLI HOLLAND              ) Harassment of Witness
                            )

### SUPERSEDING INFORMATION

COUNT ONE:      (18 U.S.C. § 1512(d)-- Attempted Harassment of
                Witness)

The United States Attorney charges that:

On or about June 30, 2004, at Boston, in the District of

Massachusetts,

CARLI HOLLAND,

defendant herein, did intentionally attempt to harass another

person, to wit: Lee Ann Bridge, and thereby hinder and dissuade

said Lee Ann Bridge from attending and testifying in an official

proceeding.

All in violation of Title 18, United States Code, Section

1512(d).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
        JAMES LANG
        Assistant U.S. Attorney

**Criminal Case Cover Sheet** _____ **U.S. Dis**

**Place of Offense:** _____ **Category No.** III _____ **Investigating Agency** DEA _____

**City** Boston _____ **Related Case Information:**

**County** Suffolk _____ Superseding Ind./ Inf. X _____ Case No. 04-10229-MLW
Same Defendant X _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Carli Holland _____  Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only):  1983  SSN (last 4 #): _____ Sex F  Race:  Caucasian  Nationality: USA _____

**Defense Counsel if known:**  Walter Underhill _____  **Address:** 66 Long Wharf, 4th Floor _____
Boston, MA 02110 _____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  James Lang _____  **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No  List language and/or dialect: _____

**Victims:** ☒ Yes ☐ No  If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☒ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**  ☒ **Regular Process**  ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** Ordered by  M.J. Bowler _____ on  7/2//04

**Charging Document:** ☐ Complaint  ☒ **Information**  ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☒ Misdemeanor 1 _____ ☐ Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** October 2, 2006  **Signature of AUSA:** \s\ James Lang

JS 45 (5/

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Carli Holland _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1** 18 U.S.C. § 1512(d) | Harassment of Witness | 1 |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**