Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | ) | |
| v. | ) | Criminal No. 04-10229-MLW |
| | ) | |
| CARLI HOLLAND | ) | |
| | ) | |

## WAIVER OF INDICTMENT

I, **CARLI HOLLAND**, the above-named defendant, who is accused of knowingly and intentionally attempting to harass a witness, in violation of 18 U.S.C. § 1512(d), being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
CARLI HOLLAND
Defendant

_____
WALTER H. UNDERHILL
Counsel for Defendant