UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**  **CRIMINAL CASE**

**NO. 04-10229-MLW**

V.

**CARLI HOLLAND**
        **Defendant(s)**

**NOTICE OF HEARING**

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on **OCTOBER 18, 2006** at 3:00 P.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

        SARAH A. THORNTON
        CLERK OF COURT

**October 10, 2006**       By: /s/ Dennis O'Leary
    Date                              Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)              [ntchrgcnf.]
                                         [kntchrgcnf.]