UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10229

| United States | Carli Holland |
|---|---|
| PLAINTIFF | DEFENDANT |
| James Lang | Walter Underhill |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 10/18/06 | Defendant takes the stand and is sworn |
| | Plea colloquy started - Court marks the plea agreement as Exhibit 1 of today's date |
| | Government states the maximum penalties for each count. |
| | Government summarizes the evidence it would offer had the case gone to trial |
| | Defendant pleads guilty to misdemeanor information |
| | Court accepts the defendant's plea and directs the clerk to enter the same |
| | Sentencing set for 1/11/07 at 3:00 PM.  Procedural order to issue |
| | Defendant's release is continued pending sentencing |