UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10229

| United States | Carli Holland |
|---|---|
| PLAINTIFF | DEFENDANT |
| James Lang | Walter Underhill |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Sentencing |
|---|---|
| 1/18/07 | Court adopts all the factual allegations contained in the pre-sentence report without objection by the parties. |
| | Advisory guidelines are TOL 19, CH I, 12 months custody, 12 months supervised release, Fine $7.5K to $75K, $25 special assessment fee.  Government recommends low end guideline range of 12 months custody followed by 12 months supervised release.  Defendant argues for a downward departure to probation.  Defendant addresses the court.  Formal sentencing: Court grants the defendants motion for downward departure and sentences the defendant to 12 months probation on the standard conditions plus the special conditions outlined in court.  Court does not impose a fine but does impose the mandatory $25 special assessment fee.  Defendant advised that she has waived her right to appeal.  Defense counsel requests that the probation be unsupervised.  Court denies the request. |